|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon fka The Bank of New York as Trustee for he Benefit of the Certificateholders CWABS, Inc. Asset-Backed Certificiates, Series 2007-9 | |
| In Re:<br><br>Dawn M. Yates, Raymond T. Yates<br><br>Debtors. | Case No.: 19-15400 JNP<br>Adv. No.:<br>Hearing Date: 6/5/19 @9:00 a.m.<br>Judge: Jerrold N. Poslusny, Jr. |

**Order Filed on May 29, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 29, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors: Dawn M. Yates, Raymond T. Yates
Case No.: 19-15400 JNP
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon fka The Bank of New York as Trustee for he Benefit of the Certificateholders CWABS, Inc. Asset-Backed Certificiates, Series 2007-9, holder of a mortgage on real property located at 635 W 3rd Ave, Runnemede, NJ 08078-1204, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Kimberly A. Wilson, Esquire, attorney for Debtors Dawn M. Yates and Raymond T. Yates and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full when same is filed through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

```
                         United States Bankruptcy Court
                               District of New Jersey
```

```
In re:                                                      Case No. 19-15400-JNP
    Raymond T Yates                                         Chapter 13
    Dawn M Yates
             Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 1            Date Rcvd: May 29, 2019
                               Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db/jdb          +Raymond T Yates,    Dawn M Yates,    635 W Third Avenue,    Runnemede, NJ 08078-1204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               as Trustee et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Joint Debtor Dawn M Yates wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Kimberly A. Wilson    on behalf of Debtor Raymond T Yates wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               as Trustee et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6