SUPDIS, SUPDISJT, CONFIRMED

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 19-15400-JNP

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 13
Voluntary
Asset

*Date filed:* 03/18/2019
*Plan confirmed:* 06/07/2019
*341 meeting:* 04/18/2019
*Deadline for filing claims:* 05/28/2019

| | |
|---|---|
| *Debtor*<br>**Raymond T Yates**<br>635 W Third Avenue<br>Runnemede, NJ 08078<br>CAMDEN-NJ<br>SSN / ITIN: xxx-xx-1016 | represented by **Kimberly A. Wilson**<br>Law Offices of Kimberly A.<br>Wilson, Esq.<br>A Professional Corporation<br>24 North White Horse Pike<br>Somerdale, NJ 08083<br>(856)783-4440<br>Email: k_wilsonlaw@comcast.net |
| *Joint Debtor*<br>**Dawn M Yates**<br>635 W Third Avenue<br>Runnemede, NJ 08078<br>CAMDEN-NJ<br>SSN / ITIN: xxx-xx-7901<br>*aka* **Dawn M Liccketto** | represented by **Kimberly A. Wilson**<br>(See above for address) |
| *Trustee*<br>**Isabel C. Balboa**<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | |
| *U.S. Trustee*<br>**U.S. Trustee**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>(973) 645-3014 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/18/2019 | 1<br>(62 pgs) | Chapter 13 Voluntary Petition Filed by Kimberly A. Wilson on behalf of Raymond T Yates, Dawn M Yates. (Wilson, Kimberly) (Entered: 03/18/2019) |

| | | |
|---|---|---|
| 03/18/2019 | 2<br>(1 pg) | Certificate of Credit Counseling filed by Kimberly A. Wilson on behalf of Raymond T Yates. (Wilson, Kimberly) (Entered: 03/18/2019) |
| 03/18/2019 | 3<br>(1 pg) | Certificate of Credit Counseling filed by Kimberly A. Wilson on behalf of Dawn M Yates. (Wilson, Kimberly) (Entered: 03/18/2019) |
| 03/18/2019 | 4<br>(10 pgs) | Chapter 13 Plan. Filed by Kimberly A. Wilson on behalf of Dawn M Yates, Raymond T Yates. (Wilson, Kimberly) (Entered: 03/18/2019) |
| 03/18/2019 | | Receipt of filing fee for Voluntary Petition (Chapter 13)( 19-15400) [misc,volp13a] ( 310.00) Filing Fee. Receipt number A38400083, fee amount $ 310.00. (re: Doc#1) (U.S. Treasury) (Entered: 03/18/2019) |
| 03/19/2019 | 5<br>(4 pgs; 2 docs) | Meeting of Creditors and Notice of Appointment of Trustee Balboa, Isabel C. with 341(a) meeting to be held on 4/18/2019 at 09:00 AM at Camden Ch13 Cherry Hill, Chapter 13 Standing Trustee - Camden, Cherry Tree Corporate Center, 535 Route 38, Suite 150, Cherry Hill, NJ 08002. Complaint to determine dischargeability of certain debts deadline: 6/17/2019. Proofs of Claim due by 5/28/2019. (Entered: 03/19/2019) |
| 03/19/2019 | 6<br>(1 pg) | Confirmation Hearing Scheduled (related document:4 Chapter 13 Plan. Filed by Kimberly A. Wilson on behalf of Dawn M Yates, Raymond T Yates.). Confirmation hearing to be held on 6/5/2019 at 09:00 AM at JNP - Courtroom 4C, Camden. Last day to Object to Confirmation 5/29/2019. (kaj) (Entered: 03/19/2019) |
| 03/21/2019 | 7<br>(3 pgs) | BNC Certificate of Notice - Chapter 13 Confirmation Hearing No. of Notices: 32. Notice Date 03/21/2019. (Admin.) (Entered: 03/22/2019) |
| 03/21/2019 | 8<br>(3 pgs) | Notice and Order to Pay Trustee No. of Notices: 1. Notice Date 03/21/2019. (Admin.) (Entered: 03/22/2019) |
| 03/21/2019 | 9<br>(4 pgs) | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 30. Notice Date 03/21/2019. (Admin.) (Entered: 03/22/2019) |
| 03/21/2019 | 10<br>(12 pgs) | BNC Certificate of Notice - Chapter 13 Plan No. of Notices: 32. Notice Date 03/21/2019. (Admin.) (Entered: 03/22/2019) |
| 04/19/2019 | 11<br>(2 pgs) | Certification of Completion of Instructional Course Concerning Financial Management (Official Form 423) Filed by Kimberly A. Wilson on behalf of Dawn M Yates, Raymond T Yates. (Wilson, Kimberly) (Entered: 04/19/2019) |
| 04/29/2019 | 12<br>(1 pg) | Notice of Appearance and Request for Service of Notice filed by Rebecca Ann Solarz on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee et al.... (Solarz, Rebecca) (Entered: 04/29/2019) |
| 04/30/2019 | 13<br>(14 pgs; 3 docs) | Objection to Confirmation of Plan (related document:4 Chapter 13 Plan. Filed by Kimberly A. Wilson on behalf of Dawn M Yates, Raymond T Yates. filed by Debtor Raymond T Yates, Joint Debtor Dawn M Yates) filed by Denise E. Carlon on behalf of The Bank of New York Mellon fka The Bank of New York as Trustee et al.... (Attachments: # 1 Chapter 13 Plan # 2 Certificate of Service) (Carlon, Denise) (Entered: 04/30/2019) |
| 05/29/2019 | 14<br>(2 pgs) | Order Resolving Secured Creditor's Objection To Debtor's Chapter 13 Plan (related document:13 Objection to Confirmation of Plan (related |

| | | |
|---|---|---|
| | | document:4 Chapter 13 Plan. Filed by Kimberly A. Wilson on behalf of Dawn M Yates, Raymond T Yates. The Bank of New York Mellon fka The Bank of New York as Trustee et al...). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/29/2019. (kvr) (Entered: 05/29/2019) |
| 05/30/2019 | 15 (9 pgs) | Amended Schedule(s) : A/B,Summary of Schedules filed by Kimberly A. Wilson on behalf of Dawn M Yates, Raymond T Yates. (Wilson, Kimberly) (Entered: 05/30/2019) |
| 05/30/2019 | 16 (2 pgs) | Pre-Confirmation Certification of Compliance with Post Petition Obligations (related document:4 Chapter 13 Plan and Motions filed by Debtor Raymond T Yates, Joint Debtor Dawn M Yates) filed by Kimberly A. Wilson on behalf of Dawn M Yates, Raymond T Yates. (Wilson, Kimberly) (Entered: 05/30/2019) |
| 05/31/2019 | 17 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 05/31/2019. (Admin.) (Entered: 06/01/2019) |
| 06/05/2019 | | Minute of 6/5/19, OUTCOME: Confirmed at $295.00 for 2 months, then 474.00 for 58 months (related document(s): 4 Chapter 13 Plan and Motions filed by Dawn M Yates, Raymond T Yates) (jpl) (Entered: 06/05/2019) |
| 06/07/2019 | 18 (3 pgs) | Order Confirming Chapter 13 Plan (related document:4 Chapter 13 Plan and Motions filed by Debtor Raymond T Yates, Joint Debtor Dawn M Yates, 6 Confirmation Hearing Scheduled). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/7/2019. (bc) (Entered: 06/07/2019) |
| 06/09/2019 | 19 (4 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 06/09/2019. (Admin.) (Entered: 06/10/2019) |
| 01/10/2020 | 20 (2 pgs) | Chapter 13 Trustee Annual Report filed by Isabel C. Balboa. (Balboa, Isabel) (Entered: 01/10/2020) |
| 11/01/2020 | 21 (1 pg) | Change of Address for Specialized Loan Servicing LLC From: 8742 Lucent Blvd, Suite 300 To: 6200 S. Quebec Street. (Lea, Natalie) (Entered: 11/01/2020) |
| 02/18/2021 | 22 (2 pgs) | Chapter 13 Trustee Annual Report filed by Isabel C. Balboa. (Balboa, Isabel) (Entered: 02/18/2021) |
| 02/19/2021 | 23 (1 pg) | Notice of Appearance and Request for Service of Notice filed by Regina Cohen on behalf of Ally Financial Inc.. (Cohen, Regina) (Entered: 02/19/2021) |
| 04/14/2021 | 24 (15 pgs; 8 docs) | WITHDRAWN SEE DOCKET #25 Motion for Relief from Stay re: 2010 Chrysler Town & Country. Fee Amount $ 188. Filed by Regina Cohen on behalf of Ally Financial Inc.. Hearing scheduled for 5/11/2021 at 11:00 AM at JNP - Courtroom 4C, Camden. (Attachments: # 1 Certification # 2 Proposed Order # 3 Statement as to Why No Brief is Necessary # 4 Exhibit Payment History # 5 Exhibit Contract # 6 Exhibit Title # 7 Certificate of Service) (Cohen, Regina) Modified on 4/30/2021 (kaj). (Entered: 04/14/2021) |

| | | |
|---|---|---|
| 04/14/2021 | | Receipt of filing fee for Motion for Relief From Stay( 19-15400-JNP) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A42409911, fee amount $ 188.00. (re: Doc#24) (U.S. Treasury) (Entered: 04/14/2021) |
| 04/30/2021 | 25 (1 pg) | Status Change Form. The matter has been withdrawn, re:(related document:24 Motion for Relief From Stay filed by Creditor Ally Financial Inc.) filed by Regina Cohen on behalf of Ally Financial Inc.. (Cohen, Regina) (Entered: 04/30/2021) |
| 05/11/2021 | | Minute of 5/11/2021, OUTCOME: Motion WITHDRAWN (related document(s): 24 Motion for Relief From Stay filed by Ally Financial Inc.) (jpl) (Entered: 05/11/2021) |
| 02/09/2022 | 26 (2 pgs) | Chapter 13 Trustee Annual Report filed by Isabel C. Balboa. (Balboa, Isabel) (Entered: 02/09/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2022 11:44:27 | | | |
| **PACER Login:** | av0135kw | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-15400-JNP Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |