|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders CWABS, Inc. Asset-Backed Certificates, Series 2007-9* |  |
| In re:<br><br>Raymond T. Yates<br>Dawn M. Yates<br>*aka* Dawn M Liccketto<br><br>                                           Debtors. | Chapter 13<br><br>Case No. 19-15400-JNP<br><br>Hearing Date: September 13, 2022<br><br>Judge Jerrold N. Poslusny Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Motion for Relief from the Automatic Stay** (Doc. No. 27).

Dated: September 13, 2022

                                        Stewart Legal Group, P.L.
                                        Attorney for Movant

             By:    */s/Gavin N. Stewart*
                                        Gavin N. Stewart, Esq.