| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders CWABS, Inc. Asset-Backed Certificates, Series 2007-9* | Order Filed on September 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In re:<br><br>Raymond T. Yates<br>Dawn M. Yates<br>*aka* Dawn M. Liccketto<br><br>                                Debtors. | Chapter 13<br><br>Case No. 19-15400-JNP<br><br>Hearing Date: September 20, 2022<br><br>Judge Jerrold N. Poslusny Jr. |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 15, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:            Raymond T. Yates & Dawn M. Yates
Case No.:           19-15400-JNP
Caption of Order:   **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders CWABS, Inc. Asset-Backed Certificates, Series 2007-9 ("Creditor"), whereas the post-petition arrearage is in the amount of **$4,220.68** as of September 8, 2022, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **635 W 3rd Ave., Runnemede, New Jersey 08078** ("Property") provided that the Debtors comply with the following:

    a. On or before September 22, 2022, the Debtors shall tender a lump sum payment directly to Creditor in the amount of **$2,861.24**;

    b. Beginning on or before **October 1, 2022** and continuing for six (6) months on the first (1st) day of each subsequent month, the Debtor shall cure the post-petition arrearage remaining after receipt of the lump sum payment above namely, **$1,359.44**, by making five (5) payments of **$227.00** and one (1) payment in the amount of **$224.44** each directly to the Creditor; and

    c. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the **October 1, 2022** payment.

2.      All direct payments due hereunder not otherwise paid by electronic means and/or automatic draft, shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111**.

3.      The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $188.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Barbara J. Snavely* | */s/Gavin N. Stewart* |
| Barbara J. Snavely, Esquire | Gavin N. Stewart, Esq. |
| Law Office of Joseph J. Rogers | Stewart Legal Group, P.L. |
| 900 Route 168, Suite I-4 | 401 East Jackson Street, Suite 2340 |
| Turnersville, NJ  08012 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |