**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond T Yates | Social Security number or ITIN  xxx–xx–1016 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dawn M Yates | Social Security number or ITIN  xxx–xx–7901 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    19–15400–JNP

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond T Yates

Dawn M Yates
aka Dawn M Liccketto

<u>6/26/24</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond T Yates  
Dawn M Yates  
    Debtors

Case No. 19-15400-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond T Yates, Dawn M Yates, 635 W Third Avenue, Runnemede, NJ 08078-1204 |
| 518124338 | | C&H Collection Services Inc, PO Box 1399, Merchantville, NJ 08109-0399 |
| 518124340 | + | CareCentrix, PO Box 660, East Granby, CT 06026-0660 |
| 518124342 | + | Children's Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 518124343 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 518124346 | + | Emrg Phy Assoc of S Jersey PC, 90 Brick Road, Marlton, NJ 08053-2177 |
| 518124351 | + | Gloucester Twp EMS Alliance Inc, Cape Medical Billing, PO Box 670, Cape May Court House, NJ 08210-0670 |
| 518124352 | | Harris & Harris, PO Box 783777, Philadelphia, PA 19178-3777 |
| 518124353 | + | Inspira Health Network, Attn: Financial Counseling, Bridgeton Health Center, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 518124354 | | Inspira Medical Center Woodbury, Inc, PO Box 95000-7130, Philadelphia, PA 19195-7130 |
| 518124355 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518124357 | + | National Financial LLC, d/b/a Loan TIll Payday, 1511 North Dupont Highway, New Castle, DE 19720-1900 |
| 518124359 | + | One Click Cash, 515 G S.E., Miami, OK 74354-8224 |
| 519117992 | + | Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & DiSipio, 1300 Route 73, Suite 307 Mt. Laurel, New Jersey 08054-2217 |
| 518124367 | | Team Pediatric Associates PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 518124369 | | The Borough of Runnemede, c/o DM Billings, PO Box 1016, Runnemede, NJ 08078 |
| 518124371 | + | Virtua Center for Surgery, 239 Hurfville Crosskeys Road, Sewell, NJ 08080-4002 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jun 27 2024 21:48:58 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518124335 | | Email/Text: akron_patient_services@teamhealth.com | Jun 27 2024 21:57:00 | Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518124334 | + | Email/Text: bankruptcynotices@aarons.com | Jun 27 2024 22:00:00 | Aaron's Inc, d/b/a Aaron's, 6535 N Crescent Blvd, Pennsauken, NJ 08110-1626 |
| 518505915 | | EDI: GMACFS.COM | Jun 28 2024 02:12:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 518124336 | + | EDI: GMACFS.COM | Jun 28 2024 02:12:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 518124337 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 27 2024 21:45:02 | Atlantic ER Phys Team Ped, c/o HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 518158053 | + | EDI: AIS.COM | Jun 28 2024 02:12:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518124339 | + | EDI: CAPITALONE.COM | Jun 28 2024 02:12:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518124344 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 22:16:53 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518124345 | ^ | MEBN | Jun 27 2024 21:45:03 | Emerg Care Services of NJ, c/o HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 518124349 | ^ | MEBN | Jun 27 2024 21:48:24 | Financial Recoveries, 200 E Park Drive, Mount Laurel, NJ 08054-1297 |
| 518124348 | ^ | MEBN | Jun 27 2024 21:48:26 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 518124350 | + | EDI: AMINFOFP.COM | Jun 28 2024 02:12:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518124341 | | EDI: JPMORGANCHASE | Jun 28 2024 02:12:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 518124356 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 22:16:46 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518124358 | | Email/Text: ebn@nemours.org | Jun 27 2024 21:59:00 | Nemours Children's Health System, PO Box 740198, Atlanta, GA 30374-0198 |
| 518124361 | + | Email/Text: bankruptcy@pseg.com | Jun 27 2024 21:56:00 | PSE&G, Attn: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 518236476 | ^ | MEBN | Jun 27 2024 21:48:03 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518124360 | + | Email/Text: dnj@pbslaw.org | Jun 27 2024 21:58:00 | Pluese, Becker & Saltzman LLC, 20000 Horizon Way, Ste 900, Mount Laurel, NJ 08054-4318 |
| 518124362 | ^ | MEBN | Jun 27 2024 21:48:40 | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518124363 | ^ | MEBN | Jun 27 2024 21:50:11 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 518124364 | + | Email/Text: bankruptcynotice@sjindustries.com | Jun 27 2024 21:58:00 | South Jersey Gas, Customer Contact Center, PO BOX 577, Hammonton, NJ 08037-0577 |
| 518124365 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 27 2024 21:58:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518124366 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 27 2024 21:57:00 | Sunrise Credit Services, Inc, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 518124368 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 27 2024 21:58:00 | The Bank of New York Mellon, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 518267599 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 27 2024 21:58:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518124370 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 27 2024 22:00:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason    Name and Address**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 46

| | | |
|---|---|---|
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 518124347 | ##+ | Exclusively Endodontics, 303 South Kings Highway, Suite 6, Cherry Hill, NJ 08034-2579 |
| 518216176 | ##+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

**Name** | **Email Address**

Andrew B Finberg
on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Barbara J. Snavely
on behalf of Debtor Raymond T Yates jjresq1@comcast.net

Barbara J. Snavely
on behalf of Joint Debtor Dawn M Yates jjresq1@comcast.net

Denise E. Carlon
on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee et al... dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Regina Cohen
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9